NEWMEYER & DILLION LLP
JOHN E. VAN VLEAR, CBN 132098
John.VanVlear@ndlf.com
JOSHUA B. BEVITZ, CBN 221404
Joshua.Bevitz@ndlf.com
BRANDON A. CLOUSE, CBN 293102
Brandon.Clouse@ndlf.com
1333 N. California Blvd., Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Specially Appearing for Defendant SENTINEL BIOLOGICS, INC., a Texas Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRO RESEARCH INTERNATIONAL LLC; ANDAMAN AG CORPORATION; WILBUR-ELLIS COMPANY, LLC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00518-JD<br><br>**DEFENDANT SENTINEL BIOLOGICS, INC.'S NOTICE OF MOTION TO DISMISS**<br><br>Date: September 30, 2021<br>Time: 10:00 a.m.<br>Judge: James Donato<br>Courtroom: 11 |
| AND ALL RELATED CROSS-ACTIONS. | FILE DATE: June 8, 2021<br>TRIAL DATE: None |

///

///

///

PLEASE TAKE NOTICE that on September 30, 2021 at 10:00 am, in Courtroom 11, or as soon thereafter as the matter may be heard in the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, San Francisco, California, Defendant SENTINEL BIOLOGICS, INC. ("Sentinel") will and hereby does, move to dismiss the Complaint filed by Plaintiffs JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated ("Plaintiffs") due to lack of subject matter personal pursuant to rule 12(b)(2) of the Federal Rules of Civil Procedure. Defendant Sentinel does not have sufficient minimum contacts with California to justify personal jurisdiction.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(2) on the grounds that Plaintiffs' Complaint should be dismissed because this Court lacks person jurisdiction as Defendant is a Texas Corporation and does not have any contacts with California.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the supporting declarations, all of the records of the Court in this action, and on such other oral and documentary evidence as may be presented to the Court at the time of the hearing on the motion.

Dated: August 20, 2021 NEWMEYER & DILLION LLP

By: */s/ Joshua B. Bevitz*
John E. VanVlear
Joshua B. Bevitz
Brandon A. Clouse
Specially Appearing for Third-Party Defendants
SENTINEL BIOLOGICS, INC.

## CERTIFICATE OF SERVICE

*Romero, et al. v. Agro Research International LLC, et al.*
United States District Court Northern Division Case No. 3:21-cv-00518-JD

STATE OF CALIFORNIA )
) ss.
COUNTY OF CONTRA COSTA )

I, Alex D. Reel, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On August 20, 2021, I served a copy of the within document(s):

**DEFENDANT SENTINEL BIOLOGICS, INC.'S NOTICE OF MOTION TO DISMISS**

☒ by transmitting via e-mail or electronic transmission the document(s) via the CM/ECF/PACER filing portal for the United States District Court, Central District of CA listed above to the person(s) at the e-mail address(es) set forth below.

**PLEASE SEE SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2021, at Walnut Creek, California.

*/s/ Alex D. Reel*
Alex D. Reel



NEWMEYER DILLION

**SERVICE LIST**

Robert Stephen Arns
Jonathan Ellsworth Davis
Shounak Sanjeev Dharap
Katherine A. Rabago
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

Tel: (415) 495-7800
Fax: (415) 495-7888
rsa@arnslaw.com
jed@arnslaw.com
ssd@arnslaw.com
kar@arnslaw.com
**[ATTORNEYS FOR PLAINTIFFS]**

Kevin Liu
Gordon & Rees Scully Mansukhani LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Tel: (415) 875-4383
Fax: (415) 986-8054
kliu@grsm.com
**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/CROSS-CLAIMANT WILBUR-ELLIS COMPANY, LLC**

John Clifton McCarron
Downey Brand LLP
621 Capitol Mall, 18th Fl
Sacramento, CA 95814

Tel: (916) 444-1000
Fax: (916) 444-2100
jmccarron@downeybrand.com
**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/THIRD PARTY PLAINTIFF AGRO RESEARCH INTERNATIONAL LLC]**

NEWMEYER DILLION