NEWMEYER & DILLION LLP
JOHN E. VAN VLEAR, CBN 132098
John.VanVlear@ndlf.com
JOSHUA B. BEVITZ, CBN 221404
Joshua.Bevitz@ndlf.com
BRANDON A. CLOUSE, CBN 293102
Brandon.Clouse@ndlf.com
1333 N. California Blvd., Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Specially Appearing for Defendants
SENTINEL BIOLOGICS, INC., a Texas Corporation

NEWMEYER DILLION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRO RESEARCH INTERNATIONAL LLC; ANDAMAN AG CORPORATION; WILBUR-ELLIS COMPANY, LLC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00518-JD<br><br>**DECLARATION OF MARC RODRIGUEZ IN SUPPORT OF DEFENDANT SENTINEL BIOLOGICS, INC.'S MOTION TO DISMISS**<br><br>Date: September 30, 2021<br>Time: 10:00 a.m.<br>Judge: James Donato<br>Courtroom: 11 |
| AND ALL RELATED CROSS-ACTIONS | FILE DATE: June 8, 2021<br>TRIAL DATE: None |

1. I am the President of Sentinel Biologics, Inc. (hereinafter "Sentinel"). I have been the President of Sentinel since it was founded in 2013. This declaration is submitted in support of the Sentinel's Motion to Dismiss. The matters stated herein are true of my own personal knowledge and if called as a

witness I could and would competently testify thereto.

2. Defendant Sentinel has zero connections or contacts with California. Defendant Sentinel is a corporation organized under the laws of Texas with its principal place of business in The Woodlands, Texas. Defendant Sentinel's headquarters are located in The Woodlands, Texas. (*Ibid.*) All of its employees, offices and operations are located in Texas.

3. Defendant Sentinel is (1) not domiciled in California; (2) does not conduct business in California; (3) has not sold any products in California or advertised in California; (4) does not have a physical presence in California; (5) has never done any business in California; (6) has never owned or leased real or personal property in California; (7) does not sell any goods or services in California; (8) does not maintain any books or records in California; (9) does not have any employees working in California; (10) has never maintained a bank account, office, address, directory listing, answering services, or telephone number in California; (11) has never paid any taxes to the State of California; (12) has never been a party to a lawsuit filed in state or federal court in California (other than this lawsuit); (13) has no registered agent for service of process in California; and (14) does not conduct meetings of their Board of Directors, managers, officers, or shareholders in California.

4. Defendant Sentinel is a microbial technology company. Plaintiffs allege in this Action that Defendant Sentinel made biological amendment, soap, surfactant, or adjuvant ("Component") and sold that Component to Argo Research International ("ARI") who later reconstituted, repackaged, and sold it under its own label as Agro Gold WS. Plaintiffs further allege that ARI incorporated the Agro Gold WS into an herbicide product called Weed Slayer. Plaintiffs further alleged that ARI marketed and sold the Weed Slayer product as an organic herbicide.

5. All of Defendant Sentinel's conduct relating to the Component happened in Texas where it is located. Defendant Sentinel sold the Component

NEWMEYER DILLION

to ARI and shipped it to Florida. Defendant Sentinel did not direct any conduct towards California. It did not design the Component for use in California, advertise in California, establish a channel for providing advice to customers in California or market the Component through a distributor in California. Defendant Sentinel did not manufacture or sell or advertise anything in California.

6. Defendant Sentinel was not aware that its Component was going to be reconstituted, repackaged and incorporated into a production sold to residents in California. Defendant Sentinel also did not know that ARI intended to sell its product as organic. Defendant Sentinel did not market or sell the Component as organic or represent to anyone, including ARI, that the Component met the criteria for being organic. Defendant Sentinel has also never communicated with the Plaintiffs in this action and did not market or sell its Component to Plaintiffs as an organic herbicide.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 13, 2021 in The Woodlands, Texas.

By: ______________________
MARC RODRIGUEZ
President of Sentinel Biologics, LLC

NEWMEYER DILLION

# CERTIFICATE OF SERVICE

*Romero, et al. v. Agro Research International LLC, et al.*
United States District Court Northern Division Case No. 3:21-cv-00518-JD

STATE OF CALIFORNIA )
) ss.
COUNTY OF CONTRA COSTA )

I, Alex D. Reel, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On August 20, 2021, I served a copy of the within document(s):

**DECLARATION OF MARC RODRIGUEZ IN SUPPORT OF DEFENDANT SENTINEL BIOLOGICS, INC.'S MOTION TO DISMISS**

☒ by transmitting via e-mail or electronic transmission the document(s) via the CM/ECF/PACER filing portal for the United States District Court, Central District of CA listed above to the person(s) at the e-mail address(es) set forth below.

**PLEASE SEE SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2021, at Walnut Creek, California.

*/s/ Alex D. Reel*
Alex D. Reel

NEWMEYER DILLION

**SERVICE LIST**

| | |
|---|---|
| Robert Stephen Arns<br>Jonathan Ellsworth Davis<br>Shounak Sanjeev Dharap<br>Katherine A. Rabago<br>The Arns Law Firm<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105 | Tel: (415) 495-7800<br>Fax: (415) 495-7888<br>rsa@arnslaw.com<br>jed@arnslaw.com<br>ssd@arnslaw.com<br>kar@arnslaw.com<br>**[ATTORNEYS FOR PLAINTIFFS]** |
| Kevin Liu<br>Gordon & Rees Scully Mansukhani LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Tel: (415) 875-4383<br>Fax: (415) 986-8054<br>kliu@grsm.com<br>**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/CROSS-CLAIMANT WILBUR-ELLIS COMPANY, LLC** |
| John Clifton McCarron<br>Downey Brand LLP<br>621 Capitol Mall, 18th Fl<br>Sacramento, CA 95814 | Tel: (916) 444-1000<br>Fax: (916) 444-2100<br>jmccarron@downeybrand.com<br>**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/THIRD PARTY PLAINTIFF AGRO RESEARCH INTERNATIONAL LLC]** |

NEWMEYER DILLION