NEWMEYER & DILLION LLP
JOHN E. VAN VLEAR, CBN 132098
John.VanVlear@ndlf.com
JOSHUA B. BEVITZ, CBN 221404
Joshua.Bevitz@ndlf.com
BRANDON A. CLOUSE, CBN 293102
Brandon.Clouse@ndlf.com
1333 N. California Blvd., Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Specially Appearing for Defendants SENTINEL BIOLOGICS, INC., a Texas Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

AGRO RESEARCH INTERNATIONAL LLC; ANDAMAN AG CORPORATION; WILBUR-ELLIS COMPANY, LLC.; and DOES 1 to 100, inclusive,

Defendants.

AND ALL RELATED CROSS-ACTIONS.

CASE NO.: 3:21-cv-00518-JD

**[PROPOSED] ORDER GRANTING DEFENDANT SENTINEL BIOLOGICS, INC.'S MOTION TO DISMISS**

Date: September 30, 2021
Time: 10:00 a.m.
Judge: James Donato
Courtroom: 11

FILE DATE: June 8, 2021
TRIAL DATE: None

///

///

///

NEWMEYER DILLION

Defendant SENTINEL BIOLOGICS, INC.'s ("Sentinel") motion to dismiss Plaintiffs JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated's Complaint ("Plaintiffs") for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, came on for hearing on September 30, 2021, in the above-entitled Court. Having reviewed the motion and all supporting papers and papers filed in opposition and in reply, the Court GRANTS the Sentinel motion as follows:

Sentinel's Motion to Dismiss Plaintiffs' Complaint is GRANTED in its entirety. The Court finds Plaintiffs' Complaint as to Defendant Sentinel is dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(12) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____________, 2021

By: ______________________________
Judge James Donato

**CERTIFICATE OF SERVICE**

*Romero, et al. v. Agro Research International LLC, et al.*
United States District Court Northern Division Case No. 3:21-cv-00518-JD

STATE OF CALIFORNIA )
) ss.
COUNTY OF CONTRA COSTA )

I, Alex D. Reel, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On August 20, 2021, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT SENTINEL BIOLOGICS, INC.'S MOTION TO DISMISS**

☒ by transmitting via e-mail or electronic transmission the document(s) via the CM/ECF/PACER filing portal for the United States District Court, Central District of CA listed above to the person(s) at the e-mail address(es) set forth below.

**PLEASE SEE SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2021, at Walnut Creek, California.

*/s/ Alex D. Reel*
Alex D. Reel

**SERVICE LIST**

Robert Stephen Arns
Jonathan Ellsworth Davis
Shounak Sanjeev Dharap
Katherine A. Rabago
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

Tel: (415) 495-7800
Fax: (415) 495-7888
rsa@arnslaw.com
jed@arnslaw.com
ssd@arnslaw.com
kar@arnslaw.com
**[ATTORNEYS FOR PLAINTIFFS]**

Kevin Liu
Gordon & Rees Scully Mansukhani LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Tel: (415) 875-4383
Fax: (415) 986-8054
kliu@grsm.com
**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/CROSS-CLAIMANT WILBUR-ELLIS COMPANY, LLC**

John Clifton McCarron
Downey Brand LLP
621 Capitol Mall, 18th Fl
Sacramento, CA 95814

Tel: (916) 444-1000
Fax: (916) 444-2100
jmccarron@downeybrand.com
**[ATTORNEY FOR DEFENDANT/CROSS-DEFENDANT/THIRD PARTY PLAINTIFF AGRO RESEARCH INTERNATIONAL LLC]**

NEWMEYER DILLION