Robert S. Arns, SBN. 65071
Shounak S. Dharap, SBN 311557
Katherine A. Rabago, State Bar No. 333374
service@arnslaw.com
**ARNS DAVIS LAW**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

John Van Vlear SBN 132098 (John.VanVlear@ndlf.com)
Andrea S. Nguyen SBN 335386 (Andrea.Nguyen@ndlf.com)
Gabrielle Szlachta-McGinn, SBN 340249 (Gabrielle.Szlachta-McGinn@ndlf.com)
**NEWMEYER & DILLION LLP**
2033 N. Main Street, Suite 500
Walnut Creek, CA 94596
*Attorneys for* Defendant/Cross-Defendant/Cross-Complainant
*Sentinel Biologics, Inc.*

John C. McCarron, SBN 225217 (jmccarron@downeybrand.com)
Kelly M. Breen, SBN 267715 (kbreen@downeybrand.com)
**DOWNEY BRAND LLP**
621 Capital Mall, 18th Floor
Sacramento, CA 95814
*Attorneys for* Defendant/Cross-Defendant/Cross-Complainant
*Agro Research International, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ROMERO; KEN BERNARDS; PETER HOFFMANN; LUCIA HOSSFELD; TIM PORTER; HOSSFELD VINEYARDS INC.; HOSSFELD VINEYARDS WINE CO.; and PORTER FAMILY VINEYARDS, LLC, individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br>v.<br><br>AGRO RESEARCH INTERNATIONAL LLC; ANDAMAN AG CORPORATION; | Case No. 3:21-cv-00518-JD<br><br>STIPULATED DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)<br><br>Action Filed: January 21, 2021<br>Judge: Honorable James Donato |

|   |   |
|---|---|
| 1 | WILBUR-ELLIS COMPANY, LLC.; |
| 2 | SENTINEL BIOLOGICS, INC.; and DOES 1 to 100, inclusive, |
| 3 | |
| 4 | Defendants. |
| 5 | AND RELATED CROSS ACTIONS. |

All remaining Parties to this action—Plaintiffs Ken Bernards; Jesus Romero; Peter Hoffmann; Lucia Hossfeld; Tim Porter; Hossfeld Vineyards, Inc.; Hossfeld Vineyards Wine Co.; Porter Family Vineyards, LLC.; Defendant/Cross-Defendant/Cross-Complainant Agro Research International, LLC; and Defendant/Cross-Defendant/Cross-Complainant Sentinel Biologics, Inc.—by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed, in its entirety, with prejudice as to all claims, cross-claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.[1]

Date:   September 17, 2025

**ARNS DAVIS LAW**

By: _____
SHOUNAK S. DHARAP
*Attorneys for Plaintiffs*

**DOWNEY BRAND, LLP**

By: _____
JOHN C. McCARRON, ESQ.
*Attorneys for Defendant/Cross-Defendant /Cross-Complainant Agro Research International, LLC*

---

[1] The Parties dismissed Defendant/Cross-Defendant/Cross-Complainant Wilbur-Ellis Company LLC and Defendant/Cross-Defendant/Cross-Complainant Andaman Ag Corporation by stipulation pursuant to F.R.C.P. 41(a)(1)(A)(ii) on July 25, 2023.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              **NEWMEYER & DILLION, LLP**

By: _/s/ John Van Vlear_____
JOHN VAN VLEAR, ESQ.
*Attorneys for Defendant/Cross-Defendant*
*/Cross-Complainant*
*Sentinel Biologics, Inc.*